No. 3484.  EX PARTE WILLIAMS, November Term, 1894. This was an original application to the Supreme Court, argued at April Term, 1894.  On November 26, the court passed an order directing its reargument on December 10, on the call of the special docket.  On the day so fixed, no one appearing for the relators, respondent's attorney moved for and obtained the following order

PER CURIAM.  This case having been set for rehearing to-day, and the attorneys for the relators having been duly served with notice of such order, and no one appearing for the relators, now, on motion of Hawkins K. Jenkins, Esq., respondent's attorney, it is ordered, that the proceedings be dismissed for want of prosecution.

No. 3485.  TAYLOR PAINT AND OIL COMPANY v. WHISONANT, November Term, 1894.  Order by consent PER CURIAM of December 10, 1894, dismissing an appeal for want of prosecution.